IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ANDREW KISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv196-MHT |
| | ) | (WO) |
| MR. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit alleging that he received inadequate psychotherapy during his incarceration in the Residential Treatment Unit (RTU) at Bullock Correctional Facility. *See* Complaint (Doc. 1).  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted.  Recommendation (Doc. 25).  There are no objections to the recommendation.

After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted in part.  Specifically,

judgment should be entered in favor of defendant on the basis that plaintiff failed to create a genuine dispute of fact as to whether the named defendant was personally responsible for, let alone deliberately indifferent to, plaintiff's serious medial needs.  *See id.* at 14–15 ("[T]here is nothing in the record to demonstrate that [defendant] was aware of, involved in, or in any way responsible for [plaintiff's] treatment."). Because this reason alone is sufficient to grant summary judgment, the court does not adopt or reject the other reasons for summary judgment recommended by the Magistrate Judge.

An appropriate judgment will be entered.

DONE, this the 19th day of December, 2023.

                                                    /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**